FREDERICK W. CARRUTHERS, Appellant, *v.* JULIA DIEFEN-
DORF, Respondent.

*Carruthers* v. *Diefendorf,* 66 App. Div. 31, affirmed.
(Argued April 8, 1903; decided April 28, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
November 9, 1901, reversing a judgment in favor of plaintiff
entered upon the report of a referee and granting a new trial.

*William G. Cooke* for appellant.

*Arthur P. Hilton* for respondent.

Order affirmed and judgment absolute ordered for defend-
ant on the stipulation, with costs; no opinion.
Concur: GRAY, O'BRIEN, MARTIN, VANN, CULLEN and
WERNER, JJ. Dissenting: PARKER, Ch. J.

---

CLARK W. DUNLOP, Appellant, *v.* FREDERIC T. JAMES,
Respondent, Impleaded with Another.

*Dunlop* v. *James,* 70 App. Div. 615, affirmed.
(Argued April 9, 1903; decided April 28, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered April
30, 1902, affirming a judgment in favor of defendant entered
upon a decision of the court on trial at Special Term.

*O. J. Wells* for appellant.

*John P. Everett, J. Van Vechten Olcott* and *Albert R.
Lesinsky* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN,
CULLEN and WERNER, JJ.